**MATTLEMAN, WEINROTH & MILLER, P.C.**
Michael Mignogna., Esquire
401 Route 70 East
Cherry Hill, New Jersey 08034
(856) 429-5507
Attorney for Defendant

_____

| | | |
|---|---|---|
| Malibu Media, LLC, | : | Civil Action No. 3:12-cv-03896-JAP-DEA |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| John Does 1-30, | : | |
| | : | |
| Defendants. | : | **ORDER** |

_____

**THIS MATTER** being opened to the Court upon the application of the Defendant, John Doe #25, represented by Michael Mignogna, Esq. of Mattleman, Weinroth & Miller, P.C. and the Court having read the papers and for good cause having been shown,

**IT IS** on this ____ day of _____, 2012, **ORDERED** as follows:

1. Defendant John Doe #25 Motion to Quash is granted, and

2. _____

   _____.



_____