## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| | : Civil Action No. 3:12-cv-03896-JAP-DEA |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHN DOES # 1-30, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2012, I electronically filed a Motion to Quash and a Motion to Sever along with supporting documentation with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s Michael Mignogna, Esq.
Michael Mignogna, Esq.
