Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-30,<br>                    Defendants. | Civil Action No. 3:12-cv-03896-JAP-DEA |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE25 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 25 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 25 was assigned the IP Address 108.35.214.163. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 25 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January 21, 2013

                                        Respectfully submitted,

                                        By:    /s/ *Patrick J. Cerillo*

1

Patrick J. Cerillo, Esquire
pjcerillolaw@comcast.net
Attorney At Law
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
Phone: 908-284-0997
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Patrick J. Cerillo*
Patrick J. Cerillo, Esq.