Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOES 1-30,<br><br>      Defendants. | Case No. 3:12-cv-03896-JAP-DEA |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 9,**
**10, 11, 12, 13, 15, 16, 17, 18, 19, 22, 23, 24, 26, 27, 28, 29 AND 30**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 22, 23, 24, 26, 27, 28, 29 & 30 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 68.36.49.231, 68.37.195.24, 68.38.101.74, 68.39.176.58, 68.44.23.168, 68.46.164.175, 68.83.57.190, 69.141.106.208, 69.142.18.99, 69.142.42.131, 76.117.35.113, 24.185.131.110, 24.190.103.180, 24.191.22.31, 67.81.211.87, 67.83.131.209, 69.126.229.98, 67.250.84.120, 108.35.189.198,

1

173.63.239.152, 173.70.169.195, 71.187.30.82, 71.188.92.76 and 74.105.142.47, respectively.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: March 27, 2013

Respectfully submitted,

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.