Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*



RECEIVED

MAR 2 8 2013

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN DOES 1-30,<br><br>  Defendants. | Case No. <u>3:12-cv-03896-JAP-DEA</u> |

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 22, 23, 24, 26, 27, 28, 29 AND 30

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 22, 23, 24, 26, 27, 28, 29 & 30 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 68.36.49.231, 68.37.195.24, 68.38.101.74, 68.39.176.58, 68.44.23.168, 68.46.164.175, 68.83.57.190, 69.141.106.208, 69.142.18.99, 69.142.42.131, 76.117.35.113, 24.185.131.110, 24.190.103.180, 24.191.22.31, 67.81.211.87, 67.83.131.209, 69.126.229.98, 67.250.84.120, 108.35.189.198,

173.63.239.152, 173.70.169.195, 71.187.30.82, 71.188.92.76 and 74.105.142.47, respectively. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: March 27, 2013

                                        Respectfully submitted,

By:   */s/ Patrick J. Cerillo*
       Patrick J. Cerillo, Esq.
       Patrick J. Cerillo, LLC
       4 Walter Foran Blvd., Suite 402
       Flemington, NJ 08822
       T: (908) 284-0997
       F: (908) 284-0915
       pjcerillolaw@comcast.net
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   */s/ Patrick J. Cerillo*
       Patrick J. Cerillo, Esq.

So Ordered this 28th day of March, 2013

/s/ M. Shipp