Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-30,<br><br>　　　　　　　Defendants. | Case No. 3:12-cv-03896-JAP-DEA |

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 22, 23, 24, 26, 27, 28, 29 AND 30

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 22, 23, 24, 26, 27, 28, 29 & 30 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 68.36.49.231, 68.37.195.24, 68.38.101.74, 68.39.176.58, 68.44.23.168, 68.46.164.175, 68.83.57.190, 69.141.106.208, 69.142.18.99, 69.142.42.131, 76.117.35.113, 24.185.131.110, 24.190.103.180, 24.191.22.31, 67.81.211.87, 67.83.131.209, 69.126.229.98, 67.250.84.120, 108.35.189.198,

1

173.63.239.152, 173.70.169.195, 71.187.30.82, 71.188.92.76 and 74.105.142.47, respectively. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: March 27, 2013

Respectfully submitted,

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.

IT IS SO ORDERED:

2